**SO ORDERED.**



Dated: March 11, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor/Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>SHARA D. ROSE,<br><br>　　　　　　Debtor.<br>_____<br>SHARA D. ROSE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA HOME LOANS,<br>Defendant; and RUSSELL BROWN,<br>CHAPTER 13 TRUSTEE | Chapter 13 Proceedings<br><br>Adversary No. 2:09-ap-01722-CGC<br><br>Case No. 2:09-bk-30068-CGC<br><br>**JUDGMENT**<br><br>RE: Real Property Located at<br>11555 North 153rd Drive<br>Lot #297 Rancho Gabriela<br>Phase 3 MCR 595-50<br>Surprise, Arizona 85379 |

　　　THE COURT having reviewed the Court file, and being duly advised in the premises,

　　　IT IS ORDERED THAT Judgment is granted in favor of the Debtor/Plaintiff.

　　　IT IS FURTHER ORDERED THAT Defendant's lien on real property located at 11555 North 153rd Drive, Surprise, Arizona, 85379, and legally described as follows:

LOT 297, OF RANCHO GABRIELA, PHASE 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 595 OF MAPS, PAGE 50.

be stripped and rendered void subject to the provisions herein;

IT IS FURTHER ORDERED THAT Defendant's account #126518054 is a general unsecured, non-priority lien;

IT IS FURTHER ORDERED THAT upon discharge of Debtor/Plaintiff Chapter 13 proceeding, Defendant shall provide a release of lien on the real property to the Debtor within thirty (30) days of the date of the order granting discharge;

IT IS FURTHER ORDERED THAT Defendant file notice with the appropriate County Records Office of the release of said lien;

IT IS FURTHER ORDERED THAT the entire claim of Defendant shall be treated as a general unsecured claim and shall share in any unsecured proceeds;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place until Debtor/Plaintiff completes the Chapter 13 Plan and is granted a discharge;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should the subject property be sold or should a refinance take place prior to Plan completion and entry of Discharge;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should Debtor case be dismissed or converted to another Chapter; and

IT IS FURTHER ORDERED THAT each of the parties will bear their own costs and expenses associated with this action.

DATED this _____ day of _____, 2010.

```
                                        _____
                                        Honorable Charles G. Case II
                                        United States Bankruptcy Court Judge
```